MEMORANDUM OPINION




No. 04-02-00375-CV



APC HOME HEALTH SERVICE, INC.,


Appellant



v.



Manuel GONZALEZ, Individually and on Behalf of the Estate of Consuelo Gonzalez, 

Juan Manuel Gonzalez, and J&A Pharmacy,

Appellees



From the 341st Judicial District Court, Webb County, Texas


Trial Court No. 2001-CVQ-000320-D3


Honorable Elma Teresa Salinas Ender, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis Speedlin, Justice


Delivered and Filed: May 21, 2003


DISMISSED

 The parties have filed a joint motion to dismiss this appeal, stating that they have fully
compromised and settled all issues in dispute. The motion is granted, and this appeal is dismissed.
See Tex. R. App. P. 42.1(a)(1); Caballero v. Heart of Tex. Pizza, LLC, 70 S.W.3d 180, 181 (Tex.
App.--San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them. 


 PER CURIAM